1 **WESTGATE LAW**
Matthew A. Rosenthal (SBN 279334)
2 15760 Ventura Blvd., Ste. 880
Los Angeles, CA 91436
3 T: (818) 200-1497
F: (818) 869-2208
4 Matt@westgatelaw.com
Attorneys for Plaintiff,
5 CLAIRE PETROSYAN

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| CLAIRE PETROSYAN, ) | **Case No.: 2:16-cv-5809** |
| ) | |
| Plaintiff; ) | **NOTICE OF SETTLEMENT** |
| v. ) | |
| ) | |
| GENPACT INTERNATIONAL, INC. ) | |
| d/b/a GENPACT SERVICES, LLC ) | |
| , ) | |
| ) | |
| Defendant. ) | |

NOW COMES Plaintiff, CLAIRE PETROSYAN, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED:  August 16, 2016          WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System.  A copy of said filing was transmitted by email to the following:

Mark L. Aschermann
Barron & Newburger, P.C.
6300 W Loop South, Suite 341
Bellaire, Texas 77401
maschermann@bn-lawyers.com

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal